UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AKSART, LP, and ANNE SMALLING in her capacity as Trustee of the Nancy E. Meinig Revocable Trust, | § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | C.A. NO.: 1:21-CV-462 |
| AIG PROPERTY CASUALTY COMPANY | § § § | |
| *Defendant* | § § | |

## **INDEX OF MATTERS BEING FILED**

Tab 1      Index of Matters Being Filed.

Tab 2      Civil Cover Sheet.

Tab 3      All executed process in the case.

Tab 4      Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings.

Tab 5      All orders signed by the state judge; None.

Tab 6      The docket sheet.

Tab 7      A list of all counsel of record, including addresses, telephone numbers and parties represented.