UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AKSART, LP, and ANNE SMALLING in her capacity as Trustee of the Nancy E. Meinig Revocable Trust, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-00462-RP |
| AIG PROPERTY CASUALTY COMPANY, | § § § § | |
| Defendant. | § § | |

## NOTICE OF SETTLEMENT

Plaintiffs Aksart, LP and Anne Smalling in her capacity as Trustee of the Nancy E. Meinig Revocable Trust (collectively, "Plaintiffs") and Defendant AIG Property Casualty Company ("AIGPCC") file this Notice of Settlement, as follows:

1. All matters in dispute between Plaintiffs and AIGPCC have been settled.

2. Plaintiffs and AIGPCC anticipate filing a Stipulation of Dismissal with Prejudice in the next 45 days.

Respectfully submitted: February 21, 2022.

<table>
<tr><td>

By: /s/ *Carlos Soltero*

    Carlos R. Soltero  
    carlos@ssmlawyers.com  
    Texas State Bar No. 00791702

    Gregory P. Sapire  
    greg@ssmlawyers.com  
    Texas State Bar No. 00791601

    Kayla Carrick  
    kayla@ssmlawyers.com  
    Texas State Bar No. 24087264

SOLTERO SAPIRE MURRELL PLLC  
7320 N. MoPac Expy., Suite 309  
Austin, Texas 78731  
(512) 422-1559 Telephone  
(512) 359-7996 Facsimile

ATTORNEYS FOR PLAINTIFFS

</td><td>

By: /s/ *Raymond Gregory*

    Raymond L. Gregory II  
    State Bar No. 08438275  
    rlg2@egglestonbriscoe.com

EGGLESTON & BRISCOE, LLP  
333 Clay Street, Suite 4800  
Houston, Texas 77002  
(713) 659-5100 – Telephone  
(713) 951-9920 – Facsimile

ATTORNEY FOR DEFENDANT

</td></tr>
</table>