IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AKSART, LP and ANNE SMALLING *in her Capacity as Trustee of the Nancy E. Meinig Revocable Trust*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-cv-462-RP |
| AIG PROPERTY CASUALTY COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

On March 11, 2022, the parties dismissed all claims in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 20). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on March 14, 2022.

*/s/ Robert Pitman*

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE